IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOGAN S. SEGER, | |
|     Petitioner, | |
| v. | Case No. 24-CV-01368-SPM |
| ILLINOIS DEPARTMENT OF HUMAN SERVICES, et al., | |
|     Respondent. | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of May 28, 2024 (Doc. 4), this action is **DISMISSED without prejudice**. The Court **DECLINES** to issue a certificate of appealability.

**DATED: May 28, 2024**

                                                MONICA A. STUMP,
                                                Clerk of Court

                                                By: *s/ Jackie Muckensturm*
                                                          **Deputy Clerk**

**APPROVED:** *s/ Stephen P. McGlynn*
                    **STEPHEN P. MCGLYNN**
                    **U.S. District Judge**